

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-20-00367-CV

**IN THE INTEREST OF G.E.T., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

## O R D E R

On September 14, 2020, appellant filed his brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that the appendix to the brief includes sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9.

We therefore **ORDER** that appellant's appendix is **STRICKEN**. We further **ORDER** appellant to file an amended appendix in compliance with Texas Rule of Appellate Procedure 9.9 by **September 25, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court